FILED
2012 DEC 12 PM 12: 03
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| 1919 RIVERSIDE CORPORATION and ATHLETES SERVICE NETWORK AMERICA,<br>Plaintiffs,<br><br>VS.<br><br>KNIGHTS OF COLUMBUS COUNCIL 8156, NORTHWEST SERTOMA CLUB OF AUSTIN TEXAS, JOLLYVILLE SERTOMA CLUB, INC. AIDS CARE AND ASSISTANCE d/b/a RITES OF PASSAGE,<br>Defendants. | CIVIL ACTION NO. 1-11-CV-00838 LY |

## ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

After considering the Joint Motion to Dismiss with Prejudice of Plaintiffs 1919 RIVERSIDE CORPORATION and ATHLETES SERVICE NETWORK AMERICA, and Defendants KNIGHTS OF COLUMBUS COUNCIL 8156, NORTHWEST SERTOMA CLUB OF AUSTIN TEXAS, and AIDS CARE AND ASSISTANCE D/B/A RITES OF PASSAGE, the Court grants the motion and orders that all of Plaintiffs' and Defendants' claims in the above-captioned lawsuit be DISMISSED WITH PREJUDICE.

SIGNED this 12th day of _December_____, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

SHANNON, GRACEY, RATLIFF &
MILLER, LLP
301 Congress Avenue, Suite 1500
Austin, Texas 78701
512/610-2716
512/499-8559 (Fax)

By: _____
     Craig A. Duewell
     State Bar No. 24025334

ATTORNEYS FOR PLAINTIFFS
1919 RIVERSIDE CORPORATION AND
ATHLETES SERVICE NETWORK AMERICA


WRIGHT & GREENHILL, P.C.
221 West 6th Street, Suite 1800
Austin, Texas 78701
512/476-4600
512/476-5382 (Fax)

By: _____
     Glenn A. Brown
     State Bar No. 00796255
     Christopher A. Shuley
     State Bar No. 24046839
     Mike Thompson
     State Bar No. 19898200

ATTORNEYS FOR DEFENDANT
KNIGHTS OF COLUMBUS COUNCIL 8156

**FRITZ, BYRNE, HEAD & HARRISON, PLLC**
98 San Jacinto Blvd., Suite 2000
Austin, Texas 78701
512/476-2020
512/477-5267 (Fax)

By: *Dale Roberts* 
Dale Roberts
2012.12.04 15:47:35 -06'00'

Dale L. Roberts
State Bar No. 24001123
Eleanor Ruffner
State Bar No. 24047034

**ATTORNEYS FOR DEFENDANTS AIDS
CARE AND ASSISTANCE D/B/A RITES OF PASSAGE
AND NORTHWEST SERTOMA CLUB AUSTIN, TEXAS**